# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

Bridget M. McCormack,
Chief Justice

158035-6

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ALTICOR INC.,
      Plaintiff-Appellant,

v

SC: 158035
COA: 337404
Court of Claims: 17-000011-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

_____/

ACCESS BUSINESS GROUP LLC,
      Plaintiff-Appellant,

v

SC: 158036
COA: 337406
Court of Claims: 17-000012-MT

DEPARTMENT OF TREASURY,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the May 22, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



Clerk

p0327